UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

FILED
09/29/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

_____

**AMANDA JO WILLIAMS**,                )

Plaintiff,                  )

                                        )

-vs-                          ) **Case No**.                1:24-cv-1693-SEB-MJD

                                        )

**COLUMBUS REGIONAL HOSPITAL**,    )

Defendant.                  )

_____ )

**COMPLAINT FOR VIOLATIONS OF SECTION 504 OF THE REHABILITATION ACT AND TITLE II OF THE AMERICANS WITH DISABILITIES ACT**

---

**I. INTRODUCTION**

**1. Parties:**

  - **Plaintiff**: Amanda Jo Williams is a resident of Columbus, Indiana.

  - **Defendant**: Columbus Regional Hospital is a healthcare provider located in Columbus, Indiana.

**2. Nature of the Case:**

   - Plaintiff alleges that the Defendant violated Section 504 of the Rehabilitation Act of 1973 and Title II of the Americans with Disabilities Act (ADA).

   - Plaintiff claims that the Defendant unlawfully discriminated against her based on her diagnosed Substance Use Disorder (SUD), which resulted in false imprisonment, negligence, defamation, retaliation, and the wrongful removal of her newborn child.

## II. JURISDICTION AND VENUE

**1. Jurisdiction**:

   - This Court has jurisdiction over this action under *28 U.S.C. § 1331*, as it involves federal questions regarding violations of federal laws (*Section 504 of the Rehabilitation Act and Title II of the ADA*).

**2. Venue**:

   - Venue is proper in this district under *28 U.S.C. § 1391(b)*, as a substantial part of the events or omissions giving rise to the claims occurred in this judicial district, specifically at Columbus Regional Hospital, located in Columbus, Indiana.

## III. FACTUAL ALLEGATIONS

**1. Plaintiff's Disability and Disclosure:**

   - Plaintiff Amanda Jo Williams is a qualified individual with a disability under *Section 504 and Title II*, having been diagnosed with Substance Use Disorder (SUD).

   - SUD is a chronic condition that substantially limits major life activities.

   - On July 30, 2024, Plaintiff sought medical care at Columbus Regional Hospital for childbirth and disclosed her SUD diagnosis to ensure appropriate treatment for herself and her newborn child.

**2. Defendant's Discriminatory Actions:**

   - Despite the disclosure, the Defendant failed to provide reasonable accommodations for Plaintiff's SUD.

   - Discriminatory assumptions were made regarding Plaintiff's fitness as a parent solely based on her SUD diagnosis.

   - Defendant's staff reported Plaintiff to child welfare authorities without evidence of imminent danger, resulting in the wrongful removal of Plaintiff's newborn child.

### IV. LEGAL CLAIMS

**1. Violation of Section 504 of the Rehabilitation Act:**

   - Defendant is a recipient of federal financial assistance, thus must comply with *Section 504*.

   - By failing to provide reasonable accommodations and discriminating against Plaintiff based on her SUD, Defendant violated *Section 504*.

**2. Violation of Title II of the ADA:**

   - As a public entity, Defendant is required to ensure non-discriminatory access to medical services under *Title II*.

   - By failing to accommodate Plaintiff's SUD, Defendant violated *Title II of the ADA*.

### V. SPECIFIC CAUSES OF ACTION

**1. False Imprisonment**:

   - Plaintiff and newborn child were wrongfully detained at Columbus Regional Hospital based on her SUD condition.

**2. Negligence**:

   - Defendant failed to uphold the standard duty of care, resulting in harm to Plaintiff.

**3. Defamation**:

   - Defendant made unfounded reports about Plaintiff, harming her reputation.

**4. Retaliation:**

   - Defendant retaliated against Plaintiff for her disability by making unwarranted reports to child welfare authorities.

**5. Wrongful Removal of Newborn**:

   - The removal was initiated without any evidence of imminent danger to the child, solely based on discriminatory assumptions about Plaintiff's SUD.

## VI. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff requests that this Court grant the following relief:

**A⟩** A declaration that Defendant's actions violated Section 504 of the Rehabilitation Act and Title II of the ADA.

**B⟩** An award of monetary damages to compensate Plaintiff for the harm suffered.

**C⟩** Injunctive relief requiring Defendant to adopt and implement policies ensuring compliance with Section 504 and Title II of the ADA.

**D⟩** An award of attorney's fees, costs, and any other relief the Court deems just and proper.

---

**Respectfully submitted**,

—

/s/Amanda Jo Williams,

Pro Se

GENERAL DELIVERY

COLUMBUS, INDIANA 47201

(812) 344-5895

Andi_Will@outlook.com

---